# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN WILLIAMS, | ) | No. CV 98-5538-RJK(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| W.A. DUNCAN (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: April 19, 2010

ROBERT J. KELLEHER
United States District Judge